SOUTH COAST FISHERIES, INC., ET AL. *v.*
DEPARTMENT OF FISH AND GAME.

No. 372.   Decided October 28, 1963.

*John J. Real* for appellants.

*Stanley Mosk,* Attorney General of California, *Dan Kaufmann,* Assistant Attorney General, and *Neal J. Gobar,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

ORKIN EXTERMINATING CO., INC., *v.* GULF
COAST RICE MILLS.

No. 424.   Decided October 28, 1963.

*John D. Richardson* for appellant.

*Lamar Carnes* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.